938

No. 75–651. TEAMSTERS LOCAL UNION 657 v. RODRIGUEZ ET AL.; TEAMSTERS LOCAL UNION 657 v. HERRERA ET AL.; and TEAMSTERS LOCAL UNION 657 v. RESENDIS ET AL.;

No. 75–715. SOUTHERN CONFERENCE OF TEAMSTERS v. RODRIGUEZ ET AL.; SOUTHERN CONFERENCE OF TEAMSTERS v. HERRERA ET AL.; and SOUTHERN CONFERENCE OF TEAMSTERS v. RESENDIS ET AL.; and

No. 75–718. EAST TEXAS MOTOR FREIGHT SYSTEM, INC. v. RODRIGUEZ ET AL. C. A. 5th Cir. [Certiorari granted, 425 U. S. 990.] Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 75–978. E. I. DU PONT DE NEMOURS & Co. ET AL. v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 4th Cir. [Certiorari granted, 425 U. S. 933.] Motion of American Iron and Steel Institute for leave to participate in oral argument as *amicus curiae* denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 75–1805. JEFFERS v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 815.] Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.

No. 76–5297. HAWKINS v. ESTELLE, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

No. 76–357. LINMARK ASSOCIATES, INC., ET AL. v. TOWNSHIP OF WILLINGBORO ET AL. C. A. 3d Cir. Certiorari granted. ▆▆▆▆▆▆▆▆▆▆▆

No. 76–404. ILLINOIS BRICK CO. ET AL. v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari granted. ▆▆▆▆▆▆▆▆▆▆

No. 76–5206. ROBERTS v. LOUISIANA. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* and certiorari granted. ▆▆▆▆▆▆▆▆▆